■ In the Matter of EILEEN McCRUDDEN, on Behalf of ERIN McCRUDDEN, an Infant, Respondent, v PUTNAM VALLEY CENTRAL SCHOOL DISTRICT, Appellant. [930 NYS2d 879]—■

Since an award of an attorney's fee was not authorized by an agreement between the parties, by statute, or by Court rule, the Supreme Court improperly awarded an attorney's fee to the petitioner (*see U.S. Underwriters Ins. Co. v City Club Hotel, LLC*, 3 NY3d 592 [2004]; *Hooper Assoc. v AGS Computers*, 74 NY2d 487, 491 [1989]; *Matter of Gargano v City of N.Y. Dept. of Fin.*, 26 AD3d 329 [2006]). Dillon, J.P., Angiolillo, Dickerson and Cohen, JJ., concur.